**UNITED STATES of America,
Petitioner–Appellant,**

v.

**Artemio Salgado GUADARRAMA,
Respondent–Appellee.**

**No. 03–50206.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 12, 2004.*

Decided April 16, 2004.

Ronald L. Cheng, Esq., Tracy Wilkerson, AUSA, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Tina Long Rippy, Esq., Whittier, CA, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN and RYMER, Circuit Judges.

MEMORANDUM **

Artemio Salgado Guadarrama appeals his guilty-plea conviction and 120–month sentence for distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Guadarrama has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Guadarrama has not filed a pro se supplemental brief, and the government has not filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

